# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **FRIEDMAN'S INC., et al.,** | ) | |
| | ) | **Case No. 05-40129** |
| *Debtor* | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## UNITED STATES TRUSTEE'S LIMITED OBJECTION TO OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS' EMPLOYMENT OF OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

Felicia S. Turner, the United States Trustee for Region 21, through the undersigned counsel (the "United States Trustee") hereby objects on a limited basis to the employment of Otterbourg, Steindler, Houston & Rosen, P.C. ("OSH&R") by the official Joint Committee of Unsecured Creditors (the "Committee"). In support of this limited objection, the United States Trustee states the following:

1. The United States Trustee objects to the request that OSH&R be employed on a *nunc pro tunc* basis to January 15, 2005.

2. The United States Trustee appointed the Committee on January 24, 2005. The Committee selected OSH&R as its counsel on January 26, 2005.

3. It was not possible for OSH&R to have done work on behalf of the Committee prior to the existence of the Committee. It also was not reasonable for OSH&R to have done work on behalf of the Committee prior to its selection as counsel for the Committee.

4. Based on the foregoing, the United States Trustee objects to the employment of OSH&R as Committee counsel to the extent the effective date of said employment is prior to January 26, 2005.

Dated: February 28, 2005

Respectfully submitted

FELICIA S. TURNER,
United States Trustee - Region 21

By: _____
B. Amon James
Assistant United States Trustee

Office of the U.S. Trustee
222 W. Oglethorpe, Ave, Suite 302
Savannah, Georgia 31401
(912)652-4112

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify and affirm that on the 28th day of February, 2005, a copy of the foregoing **UNITED STATES TRUSTEE'S LIMITED OBJECTION TO OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS' EMPLOYMENT OF OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**, was served on those parties listed on the attached Exhibit A, via the method noted thereon.

_____
B. Amon James, Esq.

**FRIEDMAN'S, INC. - MASTER SERVICE LIST**

Email: friedmansinfo@skadden.com

**EXHIBIT A - All Sent Via E-Mail**

| CREDITORNAME | CREDITORNOTICENAME | PHONE | FAX | EMAIL |
|---|---|---|---|---|
| B. Amon James | Assistant US Trustee | 912-652-4112 | 912-652-4123 | b.amon.james@usdoj.gov |
| C. Steven Moore | Friedmans Inc | 912-233-9333 | 912-201-6609 | smoore@friedmans.com |
| Chris Schepper | Kurtzman Carson Consultants LLC | 310-823-9000 | 310-823-9133 | cschepper@kccllc.com |
| David M. Feldman; Amy Caton | Kramer Levin Naftali and Frankel | 212-715-8000 | 212-715-7651 | dfeldman@kramerlevin.com; acaton@kramerlevin.com |
| Laurel Payne Landon | Kilpatrick Stockton LLP | 706-724-2622 | 706-722-0219 | llandon@kilpatrickstockton.com |
| Glenn B. Rice; Scott L. Hazan; Peter L. Feldman; Harris J. Diamond; Jennifer S. Feeney | Otterbourg Steindler Houston and Rosen PC | 212-661-9100 | 212-682-6104 | grice@oshr.com; shazan@oshr.com; jfeeney@oshr.com |
| John William Butler, Jr.; George N. Panagakis; Timothy P. Olson | Skadden Arps Slate Meagher and Flom LLP | 312-407-0700 | 312-407-0411 | friedmansinfo@skadden.com; jbutler@skadden.com; gpanagak@skadden.com; tolson@skadden.com |
| Joseph M. Vann; Robert A. Boghosian | Cohen Tauber Spievack and Wagner LLP | 212-586-5800 | 212-586-5095 | jvann@ctswlaw.com; rboghosian@ctswlaw.com |
| Kathleen Horne; Dolly Chisolm; Matthew Mills | Inglesby Falligant Horne Courington and Chisholm | 912-232-7000 | 912-232-7300 | khorne@bellsouth.net; dchishol@bellsouth.net; millsifh@bellsouth.net |
| Lee R Bogdanoff; Martin R. Barash | Klee Tuchin Bogdanoff and Stern LLP | 310-407-4070 | 310-407-9090 | lbogdanoff@ktbslaw.com; mbarash@ktbslaw.com |
| Linda D Sartin; Matthew J. Wrysinski; Rebecca J. Winthrop | Jenkens and Gilchrist | 626-578-7428 | 626-304-9711 | lsartin@jenkens.com |
| Sal Lobiondo; Charles Carnaval | Kroll Zolfo Cooper | 912-233-9333 ext 10809 | 912-201-6637 | slobiondo@krollzolfocooper.com; ccarnaval@krollzolfocooper.com |
| Delora Kennebrew | Assistant United States Attorney | 912-652-4422 | 912-652-4227 | delora.kennebrew@usdoj.gov |
| Paul M. Basta; Morgan Bale; Robert J. Lemons | Weil Gotshal and Manges LLP | 212-310-8000 | 212-310-8007 | paulbasta@weil.com; robertlemons@weil.com; morganbale@weil.com |
| William Q. Derrough | Jeffries and Company | 212-284-2550 | 212-284-2022 | dhemmings@jpmorgan.com |
| C. Edward Dobbs; W. Kevin Snyder; Harrison J. Roberts | Parker Hudson Rainer and Dobbs LLP | 404-523-5300 | 404-522-8409 | edobbs@phrd.com; ksnyder@phrd.com; hroberts@phrd.com |
| James P. Smith | Arnall Golden Gregory LLP | 478-741-8267 | 478-743-0239 | james.smith@agg.com |
| Lance Crofoot Suede; S. Ward Atterbury; Joseph G. Mack | White and Case LLP | 212-819-8100 | 212-354-8113 | lcroffoot-suede@whitecase.com; watterbury@whitecase.com; jmack@whitecase.com |
| Carroll E. Combs, Jr.; Mike Elliott | Gemini Realty Advisors LLC | 917-472-0311 | 917-472-0319 | ccombs@geminirealtyadvisors.com; melliott@geminirealtyadvisors.com |
| Mark Bulovic | McCallar Law Firm | 912-234-1215 | 912-236-7549 | bulovic@comcast.net |
| David W. Adams | Ellis Painter Ratterree and Adams | 912-233-9700 | 912-233-2281 | dadams@epra-law.com |
| Robert K. Imperial; Kate Strain | Hunter MacLean Exley & Dunn PC | 912-239-1985 | 912-236-4936 | rimperial@huntermaclean.com; kstrain@huntermaclean.com |